# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Marcy Jaspers, Mary Jo Jaspers, Donna Mae Jaspers, and Gary Jaspers, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PrimeVest Financial Services, Inc., Guaranty Brokerage Services, Inc., Bancnorth Investment Group, Inc., ING America Insurance Holdings, Inc., ING Advisors Network, Cetera Financial Group, and Lightyear Capital LLC,<br><br>Defendants. | Civil No. 10-853 (DWF/RLE)<br><br><br><br>**ORDER** |

---

Daniel E. Gustafson, Esq., Daniel C. Hedlund, Esq., and David A. Goodwin, Esq., Gustafson Gluek PLLC; Daryl De Velerio Andrews, Esq., Nathaniel L. Orenstein, Esq., and Peter A. Pease, Esq., Berman DeValerio & Pease LLP; and Mark E. Czuchry, Esq., Czuchry Law Firm, LLC; counsel for Plaintiffs.

Aimee D. Dayhoff, Esq., and David P. Pearson, Esq., Winthrop & Weinstine, PA; James V. Garvey, Esq., and Timothy M. Schank, Esq., Vedder Price, PC; and Joseph M. McLaughlin, Esq., Simpson Thacher & Bartlett LLP, counsel for Defendants

---

This matter coming before this Court on the Stipulation of the parties dated April 14, 2011 (Doc. No. [48]),

**IT IS HEREBY ORDERED** that:

The order of dismissal of this action without prejudice entered by this Court on August 30, 2010 (Doc. No. [45]) is hereby **VACATED**; and

Pursuant to the Settlement Agreement between the individual Plaintiffs and the Defendants in this action, and their Stipulation dated April 14, 2011, the Court hereby enters a **DISMISSAL** of this action **WITH PREJUDICE** as to the claims of the individual Plaintiffs only, and not as to any claims that might be made by members of the putative class, with all parties to bear their own costs.

Dated: April 18, 2011
        s/Donovan W. Frank
        DONOVAN W. FRANK
        United States District Judge